UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEERICK RIVERA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICES, LLC; HSBC BANK USA, N.A.; DOES 1–50, inclusive,<br><br>　　　　　　Defendants. | No. 1:16-cv-01261-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 7) |

　　　　On October 31, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with each party to bear its own costs and attorneys' fees.  (Doc. No. 7.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party.  Accordingly, the Clerk of the Court is directed to close the case.  The pending motion to dismiss (Doc. No. 4) is denied as having been rendered moot by the dismissal.

IT IS SO ORDERED.

　　Dated: **November 1, 2016**　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1